GVM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 FEB 25 PM 12: 12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

'08 MJ 0551

**UNITED STATES OF AMERICA,**
Plaintiff,
v.
**Carlos VALDOVINOS-Maciel,**
Defendant

Magistrate Docket No.

COMPLAINT FOR VIOLATION OF:

Title 8, U.S.C., Section 1326
Deported Alien Found in the United States

The undersigned complainant, being duly sworn, states:

On or about **February 23, 2008** within the Southern District of California, defendant, **Carlos VALDOVINOS-Maciel,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **FEBRUARY 2008**

Nita L. Stormes
UNITED STATES MAGISTRATE JUDGE

Gur

**CONTINUATION OF COMPLAINT:**
**Carlos VALDOVINOS-Maciel**

## PROBABLE CAUSE STATEMENT

On February 23, 2008, Senior Patrol Agent J. Fearnehough was conducting line watch duties approximately nine miles east of the Tecate California Port of Entry. At approximately 8:45 p.m., a Border Patrol scope operator advised of a group walking in an area commonly known as Zuellner's Gully. The area is approximately nine miles east of the Tecate, CA Port of Entry. Agent Fearnehough arrived at the location where he saw numerous individuals walking north. Agent Fearnehough approached the individuals where he located ten suspected undocumented immigrants attempting to hide in some thick brush.

Agent Fearnehough identified himself as a United States Border Patrol Agent and questioned the ten subjects in reference to their citizenship. All the subjects, including one later identified as the defendant **Carlos VALDOVINOS-Maciel**, stated that they were undocumented immigrants from Mexico illegally present in the United States. All the subjects, including the defendant, were arrested and transported to the Tecate Processing Center for further processing and interview.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **March 21, 2000** through **Calexico, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was read his Miranda rights, which he acknowledged and was willing to make a statement without an attorney present. The defendant stated that he was a citizen and national of Mexico without valid immigration documents to enter or remain within the United States legally. The defendant stated that he had not applied for permission to re-enter the United States following his deportation. The defendant stated that he was en route to Vista, California to look for work.