MAR 20 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, Plaintiff, v. CARLOS VALDOVINOS-MACIEL, Defendant.

Criminal Case No. 08CR0818-JM

I N F O R M A T I O N

Title 8, U.S.C., Sec. 1326(a) and (b) - Deported Alien Found in the United States (Felony)

The United States Attorney charges:

On or about February 23, 2008, within the Southern District of California, defendant CARLOS VALDOVINOS-MACIEL, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission to the United States; in violation of Title 8, United States Code, Section 1326(a) and (b).

DATED: March 20, 2008.

KAREN P. HEWITT
United States Attorney

for JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg:San Diego
3/17/08